JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS MELLAH PACE and
CURTIS DAVIS,

    Petitioners,

v.

CHINO INSTITUTION FOR MEN,
BOARD OF PRISON TERMS,
CHIEF MEDICAL DIRECTOR, et al.,

    Respondents.

Case No. EDCV 09-00841 CBM (AN)

JUDGMENT

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Memorandum and Order.

DATED: 7/17, 2009

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE